IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY SCRETCHEN

v.  NO. 15-4230

VERDE ENERGY USA, INC.

## JUDGMENT

BEFORE STENGEL, J.

AND NOW, to wit, this 23rd day of October, 2015, in accordance with VERDE ENERGY USA, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff KIMBERLY SCRETCHEN and against defendant VERDE ENERGY USA, INC. in the amount of $501.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg